# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WHITMAN & COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LONGVIEW PARTNERS (GUERNSEY) LIMITED, LONGVIEW PARTNERS LLP,<br><br>Defendants. | Civil Action No. 1:14-cv-12047 |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff Whitman & Company, Inc. ("Whitman") files its Corporate Disclosure Statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 of this Court, as follows:

Whitman states that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated:  May 8, 2014

Respectfully submitted,

By Its Attorneys,

/s/ William L. Prickett
William L. Prickett (BBO# 555341)
Anne V. Dunne (BBO# 681893)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028
Telephone:     (617) 946-4800
Facsimile:     (617) 946-4801

Counsel for Whitman & Company, Inc.