UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WHITMAN & COMPANY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LONGVIEW PARTNERS (GUERNSEY) LIMITED, LONGVIEW PARTNERS LLP, and LONGVIEW PARTNERS (UK) LIMITED,<br><br>    Defendants. | Civil Action No. 1:14-cv-12047-GAO |

**STIPULATION TO CORRECT CAPTION AND NAME OF DEFENDANTS**

WHEREAS, on August 5, 2014, Plaintiff Whitman & Company, Inc. ("Whitman") filed an Amended Complaint which named three additional entities as Defendants, including Longview Partners LP ("LP") and Longview Partners Limited ("Limited");

WHEREAS, counsel for Defendants has informed counsel for Whitman that LP no longer exists and that Defendant Longview Partners LLP is the successor to LP. Further, that Limited is the same entity as Defendant Longview Partners (UK) Limited and was formerly known as Limited; and

WHEREAS, in light of the foregoing information provided by Defendants, there is no need to include either LP or Limited as separately named Defendants in this case.

Accordingly, the parties hereby stipulate and agree to correct the caption as set forth above to so reflect the removal of the names of LP and Limited as separately named Defendants in this action, and to strike the names of LP and Limited as separate Defendants in the Amended Complaint. In all other respects, the Amended Complaint shall remain unchanged.

Respectfully submitted,

| SEYFARTH SHAW LLP | WEIL, GOTSHAL & MANGES LLP |
|---|---|
| /s/ *Anne V. Dunne* | /s/ *Patrick J. O'Toole, Jr.* |
| William L. Prickett (BBO# 555341) | Patrick J. O'Toole, Jr., Esq. (BBO# 559267) |
| Anne V. Dunne (BBO# 681893) | Weil, Gotshal & Manges LLP |
| World Trade Center East | 100 Federal Street |
| Two Seaport Lane, Suite 300 | Boston, MA 02110 |
| Boston, MA 02210-2028 | Telephone: (617) 772-8300 |
| Telephone: (617) 946-4800 | |
| | *Counsel for Longview Partners (Guernsey) Limited, Longview Partners LLP, Longview Partners (UK) Limited* |
| *Counsel for Whitman & Company, Inc.* | |

Dated: Boston, Massachusetts
October 8, 2014

SO ORDERED:

_____
Honorable George A. O'Toole, Jr.
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Anne V. Dunne, hereby certify that the above document was served upon the following counsel electronically, by ECF, this 8th day of October, 2014:

Patrick J. O'Toole, Jr., Esq.
Weil, Gotshal & Manges LLP
100 Federal Street
Boston, MA 02110


/s/ *Anne V. Dunne*
Anne V. Dunne